Nov. Term,
1856.
———
MARION AND
MISSISSINEWA
RAILROAD Co.
v.
SPENCE.

———

MARION AND MISSISSINEWA RAILROAD COMPANY and Others
*v.* SPENCE and Another.

APPEAL from the *Grant* Circuit Court.

*Per Curiam.*—The judgment in this case is reversed for the reasons given in the *Marion and Mississinewa Railroad Company* v. *Dillon*, at the *May* term, 1856, 7 Ind. R. 404—the questions arising in the record of each case being similar.

The judgment is reversed with costs.

*I. Vandevanter* and *J. F. McDowell*, for the appellants.

*J. Brownlee*, for the appellee.

Thursday,
January 8,
1857.